**CV 13 0507**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CV 13 0507**

NO SUMMONS ISSUED

FILED
IN CLERK'S OFFICE
U.S. ...

★ JAN 25 2013

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

Cory Copelin 373223,
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Suffolk County Police Dept.
Det. Linda A. Lollo
Det. Kenneth A. Michaels

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
------------------------------------------------------x

JURY DEMAND
YES ✓   NO ____

**FEUERSTEIN, J**
**BOYLE, M**

I.   Previous Lawsuits:

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B.   If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: _____
           _____

           Defendants: _____
           _____

        2. Court (if federal court, name the district; if state court, name the county) _____

        3. Docket Number: _____

1

        4. Name of the Judge to whom case was assigned: _____

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: **Suffolk County Correctional Facility**

　　A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

　　B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

　　C. If your answer is YES,

　　　　1. What steps did you take? _____

　　　　2. What was the result? _____

　　D. If your answer is NO, explain why not **It does not involve this Institution**

　　E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

　　F. If your answer is YES,

　　　　1. What steps did you take? _____

　　　　2. What was the result? _____

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  **Cory J. Copelin**

Address  **110 Center Dr. Riverhead, N.Y. 11901**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  **Suffolk County Police Dept.**
**30 Yaphank Ave.**
**Yaphank, N.Y. 11980**

Defendant No. 2  **Det. Linda A. Lolla**
**30 Yaphank Ave.**
**Yaphank, N.Y. 11980**

Defendant No. 3  **Det. Kenneth A. Michaels**
**30 Yaphank Ave.**
**Yaphank, N.Y 11980**

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

See Attached

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I'm mentally and Emotionally scarred I'm terrified for my safety. I've been havening nightmares my depression has become heightened, loseing appetite, restlessness. I have been seeking treatment through mental health services.

Court

Cory Copelin "Statement of Facts"                    Pag 1 of 2

On or about 10-4-2012 at approx 9:56 p.m. at 1730 North Ocean Ave. Holtsville, N.Y. Patricia Newell and I pulled into Yogi's Bar parking lot to see a friend. Upon pulling into parking lot Patricia stated that there was a tan colored sedan following us. As soon we parked Richard Scaffures got into rear passenger compartment. We were immed blocked in by this tan sedan. Patricia ask "Who are these people acosting the vehicle?". I turned to my right and saw a female armed with black semiautomatic handgun and a flashlight. She said "Put the fuc'in window down." I complied and she asked "What's going on here." I asked her "why was she at my window and who was she." At that point in time Patricia was rolling her window down for the other Male who was armed and the female immed shifted her attn to Patricia and began yelling "What are you fuc'in stupid don't you see me standing here. cuff everybody in the car." She then instructed me to lean forward put my head on the dashboard and the same for Patricia. Both officers reached through the window and handcuffed Patricia and I while we were still seated in car. At this point in time Richard was snatched out of the rear passenger compartment from the driver side and I was snatched out of my door and laid on the wet ground at the rear of the vehicle on the driver side. I then saw the female drag Patricia out of the car and the male held Patricia up while the female went through her clothing. The female then unbuttoned Patricia pants and pulled them down to her knees and looked between her legs and looked in her panies. At that point in time I was stood up at the rear of the car and Patricia was bought next to me and the female officer came and searched me, went through my pockets pulled out a pack of ciggs, a lighter and $140 then placed everything on the trunk of the car. The searched produced nothing. The two officers then focused their attn on the vehicle's passenger compartment numerous other officers had arrived at this time including Det. Wynne the officer who took my statement. After the car was searched and nothing was found the female officer came back and asked me my name and what I was doing

here. I told her my name and that I was here to pay my friend for a job. She then stated "This officer over here is a K-9 unit and he's gonna smell you and the car and if somethings in your ass the dog is gonna bite me there. She then went back and searched the car again, nothing was recovered. One of the male officers stated "It's probably in his ass," Det. Linda 1. Lollo then came up to me and lifted my shirt undid my buttons to my pants pulled my boxers away from my waist and shined the flash light into my groin area viewing my Penis and Scrotum, she told me to spin around slowly while a male officer held my cuffed hands in an elevated position once she got to my buttocks, she pushed the flashlight further down my pants till it rested on my right butt cheek She then gave me a wedgie with my boxers and spread my buttocks with the flashlight and underwear So that she could peer into my anal cavity, I said "The fuc you doin" she stated "lookin for evidence" and "There it is" and continued to use boxer and flashlight to forcefully remove Item from my Anus until it came out she told me to take my boots off then manipulated it the rest of the way down my pants until it hit the ground and said "There it goes you didn't think I would go "in there in get it did you," at that point and time Patricia, Richard and myself were placed under arrest.

Cory Copelin

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

I'm Seeking $50,000,000.00 (million) in U.S. Currency and what ever punitive damages the Court see fit. I Also want an Order of Protection against those against me.

I declare under penalty of perjury that on __1-20-13__, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __20th__ day of __January__, 20__13__. I declare under penalty of perjury that the foregoing is true and correct.

_Cory Copili_
Signature of Plaintiff

_Suffolk County Corr. Fac._
Name of Prison Facility

_110 Center Dr._
_Riverhead, N.Y. 11901_

Address

__373223__
Prisoner ID#

## VERIFICATION

I **Cory J. Copelin**, being duly sworn deposes and says:

I am the **Plaintiff** in the above-named proceeding and that I
(Petitioner/Respondent)

have read the foregoing **Civil Action § 1983 Tort** and believe it to be true and
(Name of Document)

accurate to my own knowledge, except as to those matters therein stated to be alleged

upon information and belief and as to those matters I believe to be true.

Dated: **1-20-2013**

Respectfully submitted:

*Cory Copelin*
Petitioner

STATE OF NEW YORK )
COUNTY OF SUFFOLK )SS.:

Sworn to before me this **20**

day of **JAN**, 20**13**

*[signature]*
Notary Public

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO6257701
Qualified In Suffolk County
Commission Expires 03/19/20**16**