UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COREY COPELIN,

                    Plaintiff,

   -against-

P.O. LINDA A. LOLLO #5082
and DET. THOMAS WYNNE,

                    Defendants.
-----------------------------------------------------------X

**JUDGMENT IN A CIVIL CASE**
CV-13-507(SJF)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  APR 08 2014  ★

**LONG ISLAND OFFICE**

FEUERSTEIN, J.

__X__   JURY VERDICT.   This action came before the Court and a jury with the judicial officer named above presiding. The issues have been tried and the jury has rendered its verdict.

____   DECISION BY COURT.   This action came to trial or hearing before the Court with the judge named above presiding. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    The Jury having found for the defendants on the issue of liability;

    Judgment is entered in favor of the defendants and against the plaintiff.

Dated: Long Island NY
       April 8, 2014

                            DOUGLAS C. PALMER
                            Clerk of the Court

                    By:   _____/s/_____
                          Bryan Morabito
                          Deputy Clerk